MARY GALLAGHER, as Administratrix, etc., of JULIA GALLAGHER, Deceased,

v. FRANKLIN SAVINGS BANK IN THE CITY OF NEW YORK and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed on or before February 14, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.